UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

          Plaintiff,

vs.                                  ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

James Derek Myers,

          Defendant.         Crim. No. 14-135 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

     Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

     That Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure, [Docket No. 22], is **DENIED**.

                                              s/Ann D. Montgomery

                                              _____

DATED: July 10, 2014                 Ann D. Montgomery, Judge
At Minneapolis, Minnesota          United States District Court